**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL RAY LEWIS, | § | |
| (a/k/a LEWIS MICHAEL RAY) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-0305 |
| | § | |
| D. ANDREWS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

For the reasons set forth in the court's memorandum and order of even date, this civil action

is dismissed without prejudice under 28 U.S.C. § 1915(g).

SIGNED on January 31, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge